# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CITY PLATING AND POLISHING, LLC,** | |
| Plaintiff, | |
| vs. | CASE NO. 1:18-cv-2170 |
| **ENROLL CAROLINA, INC.,** | |
| Defendant. | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff City Plating and Polishing, LLC ("Plaintiff"), and Defendant Enroll Carolina, Inc., by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal, with prejudice, of Plaintiff's Complaint in this action. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement and Release of Claims. All parties who have appeared in this matter have signed this stipulation, under which each party will bear its own costs.

2

      Respectfully Submitted,

      DINN HOCHMAN & POTTER, LLC:

      /s/  Benjamin D. Carnahan
      BENJAMIN D. CARNAHAN
      Dinn Hochman & Potter, LLC
      5910 Landerbrook Drive, Suite 200
      Cleveland, Ohio 44124
      Telephone: (440) 544-1135
      Facsimile: (440) 446-1240
      E-mail: bcarnahan@dhplaw.com
      *Counsel for Defendant*


      SAVETT LAW OFFICES LLC:

      /s/  Adam T. Savett
      ADAM T. SAVETT
      Savett Law Offices LLC
      2764 Carole Lane
      Allentown, Pennsylvania 18104
      Telephone: (610) 621-4550
      Facsimile: (610) 978-2970
      E-mail: adam@savettlaw.com
      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2019, I served the above and foregoing papers by causing such papers to be filed with the Court using the Court's electronic filing system, which will send copies of such papers to all counsel of record.

/s/ Adam T. Savett