# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CITY PLATING AND POLISHING, LLC,**

　　Plaintiff,

　　vs.

**ENROLL CAROLINA, INC.,**

　　Defendant.

CASE NO. 1:18-cv-2170

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

　　Plaintiff City Plating and Polishing, LLC ("Plaintiff"), and Defendant Enroll Carolina, Inc., by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal, with prejudice, of Plaintiff's Complaint in this action. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement and Release of Claims. All parties who have appeared in this matter have signed this stipulation, under which each party will bear its own costs.

So Ordered.
/s/ Patricia A. Gaughan
1/2/19

1